UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                            :
GUY CARPENTER & COMPANY, LLC,     :
                                            :
                          Plaintiff,       :
                                            :           22-CV-7032 (VSB)
                -against-                :
                                            :                 **ORDER**
MICHAEL JAMESON, MATTHEW BEARD, :
KENNETH DURBIN, ZACHARY WILSON, :
and KYLE GOEKE                            :
                                            :
                               Defendants.   X
---------------------------------------------------------

**VERNON S. BRODERICK**, United States District Judge:

       It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days. The Clerk of the Court is respectfully directed to terminate any pending gavels.

SO ORDERED.

Dated:   March 7, 2023
           New York, New York

                                                                             Vernon S. Broderick
                                                                             United States District Judge